**BILLY J. WILLIAMS**, OSB # 901366
United States Attorney
**STEPHEN J. ODELL**, OSB # 903530
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1024
Telefax: (503) 727-1117
  *Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **CONCERNED FRIENDS OF THE WINEMA; KLAMATH-SISKIYOU WILDLANDS CENTER; WESTERN WATERSHEDS PROJECT; OREGON WILD**; & **CENTRAL OREGON BITTERBRUSH BROADS** of the **GREAT OLD BROADS FOR WILDERNESS**, <br><br>*Plaintiffs,* <br><br> v. <br><br> **DOUGLAS C. McKAY**, District Ranger, Paisley & Silver Lake Ranger Districts, Fremont-Winema National Forest; **BARRY L. IMLER**, Supervisor, Fremont-Winema National Forest; **U.S. DEPARTMENT OF AGRICULTURE-FOREST SERVICE**; **LAURIE SADA**, Field Supervisor, Klamath Falls Fish & Wildlife Office, U.S. Fish & Wildlife Service; & **U.S. FISH & WILDLIFE SERVICE**, <br><br>*Defendants.* | Case No.: 1:19-cv-516-MC <br><br> **DEFENDANTS' NOTICE OF ADMINISTRATIVE DEVELOPMENT RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

During the status conference call over which the Court presided on Apr. 24, 2019 (Dkt. #16), for the purpose of facilitating a schedule for resolution of Plaintiffs' pending motion for preliminary injunction ("Motion")(Dkt. #9), undersigned counsel for Defendants advised that the U.S. Department of Agriculture-Forest Service ("Forest Service") was prepared not to authorize turn-out of livestock on the grazing units encompassed by the relief Plaintiffs' Motion seeks until at least July 15, 2019.  Undersigned counsel further represented in this regard that he would be willing to submit to the Court a document reflecting this administrative development.  In that light, undersigned counsel now submits the attached letter from Defendant Douglas C. McKay, Winter Rim Zone District Ranger, to the current permittee for the grazing allotment at issue, Iverson Management Limited Partnership, dated Apr. 24, 2019, in which Ranger McKay sets forth, among other things, his decision "to authorize use in the fenced areas [of] Round Meadow, Rider's Camp, Cannon Well, Sproats Meadow, and Dry Meadow [within the Chemult Pasture] on July 15th instead of July 1st," and sets forth several reasons in support of his determination.

Respectfully submitted this 2nd day of May 2019.

            s/ Stephen J. Odell
            Stephen J. Odell
            Assistant United States Attorney
             Of Attorneys for Defendants