| | | | |
|---|---|---|---|
| **USDA** United States Department of Agriculture | Forest Service | Fremont-Winema National Forest | Silver Lake Ranger District<br>65600 Highway 31<br>Silver Lake, OR 97638<br>541-576-2107 |

**File Code:** 2230
**Date:** April 24, 2019

Iverson Management Limited Partnership c/o Jimmy Schelhaas
Managing Partner
PO Box 97
Silver Lake, OR 97638

Dear Mr. Schelhaas

I have received your letter outlining the 2019 plans for fence maintenance on the Antelope Allotment. I am writing this letter to clearly identify my expectations and authorizations for the 2019 grazing season.

Fence maintenance will be completed to the following standards:

- Fence repairs include splicing and tightening broken wires, replacing damaged posts, stays, staples, and tie wires as needed;

- At least 3 wires must be up and serviceable on 3 and 4 wire fences;

- Broken wires are to be spliced with 12 gauge galvanized barbed and/or smooth wire;

- The Silver Lake RD range staff must be notified when you are close to finishing fence maintenance. Forest Service personnel will inspect all fences before turning out livestock.

You are expected to keep livestock in authorized locations. Appropriate permit action will be taken if any livestock are found in unauthorized areas. You are authorized to trail from each fenced area to another on Forest Service roads only. Forest Service will inspect the allotment at least once a week during the grazing season. We will be completing use indicator monitoring to ensure attainment of appropriate use levels.

I have decided to authorize use in the fenced areas Round Meadow, Rider's Camp, Cannon Well, Sproats Meadow, and Dry Meadow on July 15th instead of July 1st. My rationale is threefold: First, given the amount of precipitation we have received, the area will be wet later in the season. A later turn-out will ensure the relative drying out of the meadows authorized for grazing. Second, a later date will give the agency time to complete all administrative tasks needed to transfer permit to new applicant. Finally, a later date will give our legal counsel time to prepare and respond to the preliminary injunction.



Caring for the Land and Serving People          Printed on Recycled Paper

Please do not hesitate to call if you have any questions or concerns about the management of your allotment or need further clarification of any of these matters. Feel free to contact me at 541-880-6268 or Heidi Lowery at 541-943-4491 if you would like to discuss anything in this letter.

Sincerely,

Douglas C. McKay,   Winter Rim Zone District Ranger