**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone: (503) 727-1024
Telefax: (503) 727-1117
  *Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **CONCERNED FRIENDS OF THE WINEMA; KLAMATH-SISKIYOU WILDLANDS CENTER; WESTERN WATERSHEDS PROJECT; OREGON WILD**; & **CENTRAL OREGON BITTERBRUSH BROADS** of the **GREAT OLD BROADS FOR WILDERNESS**, | Case No.: 1:19-cv-516-MC |
| *Plaintiffs,* | **DEFENDANTS' NOTICE OF ADMINISTRATIVE DEVELOPMENT RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| **DOUGLAS C. McKAY**, District Ranger, Paisley & Silver Lake Ranger Districts, Fremont-Winema National Forest; **BARRY L. IMLER**, Supervisor, Fremont-Winema National Forest; **U.S. DEPARTMENT OF AGRICULTURE-FOREST SERVICE**; **LAURIE SADA**, Field Supervisor, Klamath Falls Fish & Wildlife Office, U.S. Fish & Wildlife Service; & **U.S. FISH & WILDLIFE SERVICE**, | |
| *Defendants.* | |

In accordance with the representation of undersigned counsel for Defendants during the hearing on Plaintiffs' pending motion for preliminary injunction ("Motion")(Dkt. #9) last Friday, June 21, 2019, Defendants hereby submit this notice of a further administrative development relevant to the Motion.  This development is memorialized in the attached letter from Defendant Douglas C. McKay, Winter Rim Zone District Ranger, to the permittee for the allotment at issue, Mr. Keith Little, outlining a minor adjustment and clarification to the grazing strategy to be employed for the current 2019 season in the Chemult Pasture at issue in the Motion, and also sets forth and reaffirms further conditions, direction, and expectations associated with the strategy.

Respectfully submitted this 25th day of June 2019.

s/ Stephen J. Odell
Stephen J. Odell
Assistant United States Attorney
 Of Attorneys for Defendants



| United States<br>Department of<br>Agriculture | Forest<br>Service | Fremont-Winema National Forest | Silver Lake Ranger District<br>65600 Highway 31<br>Silver Lake, OR 97638<br>(541)-576-2107 |
|---|---|---|---|

**File Code:** 2230
**Date:** June 25, 2019

Keith Little
Owner
PO Box 25
Silver Lake, OR 97638

Dear Mr. Little:

This letter is in regard to Term Grazing Permit No. 0602040002 issued in the name of Keith Little on June 3, 2019. This permit authorizes the grazing of 248 cow-calf pairs during the season of May 15 through September 30 on the Antelope C&H Allotment, subject to a series of terms and conditions set forth in the permit.

As a follow-up and minor adjustment and clarification to the letter you received June 19, 2019, notifying you that you had satisfactorily remedied the earlier finding of non-compliance I had made and also outlining certain elements of the grazing strategy for the Chemult pasture for 2019 to indicate that livestock grazing use would be limited to Cannon Well and Round Meadow exclosures, this letter is acknowledging that Rider's Camp may be used solely as a resting point for not more than 2 days for the 95 cow/calf pairs that will be trailed through to the Antelope #2 pasture. I wish to emphasize in this regard that it is my understanding based on discussions with my range staff that you will be utilizing multiple riders in carrying out all trailing activities on Chemult pasture to help ensure that all trailed livestock stay on the roads being used for such purposes and do not end up dispersing off of such routes.

Also, to confirm and as we have discussed, all three fences around Cannon Well, Round Meadow, and Rider's Camp exclosures need to be maintained and/or repaired to standards specified in part 3 of your Term Grazing Permit and inspected by my Range staff by July 8, 2019. In addition, before your cattle are authorized to turn out onto the Chemult pasture, it is imperative that you receive specific notice by my Range staff that these fences have been approved and found to meet those standards. If for some reason you were to turn out onto Chemult pasture without having received this approval, which I do not expect given the clear understanding we reached during our discussions and your commitment to live up that understanding, I nevertheless need to advise you that further non-compliance action would ensue. Along these same lines, Forest staff will also need to inspect the conditions within each exclosure to make appropriate range and soil readiness determinations for each as outlined on pp. 11-12 of the Attachment 1 of the Antelope Project Record of Decision, and specifically convey such determinations to you for each such exclosure before you will be authorized to utilize it. I would iterate that you are also not authorized to enter Chemult pasture prior to July 15, 2019, regardless of when any such approvals are forthcoming consistent with the previous direction I have provided to you.

Moreover, you are allowed to graze in Cannon Well and Round Meadow only until such time that you reach allowable use standards, as stated in part 3 of your Term Grazing Permit. Cows



**Caring for the Land and Serving People**                    Printed on Recycled Paper

observed in the meadow after allowable use has been reached is also a violation of your Term Grazing Permit. To avoid such an outcome, we strongly encourage you to conduct the necessary utilization monitoring with our assistance.  We will also be conducting independent monitoring in accordance with our planning responsibilities and commitments.  And, as noted above, you are authorized to utilize Rider's Camp this season only as a resting place for your livestock for up to two days as you trail them to the Antelope #2 pasture.

Again, thank you for your diligence in complying with the 2019 grazing strategy for Chemult pasture as laid out in my previous correspondence, and clarified and modified above.

Sincerely,

Douglas C. McKay
District Ranger


cc:  Forest Supervisor