Lauren M. Rule (OSB #015174)
Elizabeth H. Potter (OSB #105482)
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave. Suite B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
epotter@advocateswest.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **CONCERNED FRIENDS OF THE WINEMA, KLAMATH-SISKIYOU WILDLANDS CENTER, WESTERN WATERSHEDS PROJECT, OREGON WILD,** and **CENTRAL OREGON BITTERBRUSH BROADS of the GREAT OLD BROADS FOR WILDERNESS**, <br><br>         Plaintiffs, <br><br>     v. <br><br> **DOUGLAS C. McKAY,** District Ranger, Paisley & Silver Lake Ranger Districts, Fremont-Winema National Forests, **BARRY L. IMLER,** Forest Supervisor, Fremont-Winema National Forests, **U.S. FOREST SERVICE**, **LAURIE SADA**, Field Supervisor, Klamath Falls Fish and Wildlife Office, and **U.S. FISH AND WILDLIFE SERVICE**, <br><br>         Defendants. | Case No. 1:19-cv-00516-MC <br><br> **JOINT MOTION FOR SCHEDULING ORDER** |

Plaintiffs Concerned Friends of the Winema, Klamath-Siskiyou Wildlands Center, Western Watersheds Project, Oregon Wild, and Central Oregon Bitterbrush Broads of the Great Old Broads for Wilderness and Defendants Douglas C. McKay, Barry Imler, U.S. Forest Service, Laurie Sada, and U.S. Fish and Wildlife Service hereby submit this Joint Motion for Scheduling Order to propose a schedule for litigating this case. The parties have conferred and agreed to the following schedule to litigate the claims in Plaintiffs' Complaint (ECF No. 1):

    Plaintiffs will file their motion for summary judgment no later than December 20, 2019.

    Defendants will file their opposition and cross motion for summary judgment no later than January 31, 2020.

    Plaintiffs will file their reply and response briefs no later than February 25, 2020.

    Defendants will file their reply brief no later than March 20, 2020.

    The parties request that the Court set oral argument for this matter before mid-April 2020, or as soon thereafter as possible, in light of the grazing activities at issue in this case.

Dated:  November 6, 2019        Respectfully submitted,

                                            s/Elizabeth H. Potter
                                            Elizabeth H. Potter (OSB #105482)

                                            Attorneys for Plaintiffs